IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. MACIEL,

        Plaintiff,                      No. CIV S-03-1038 GEB PAN P

   vs.

EDWARD ALAMEIDA, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed February 22, 2005, plaintiff's application to proceed in forma pauperis was denied pursuant to 28 U.S.C. § 1915(g). Good cause appearing, IT IS HEREBY ORDERED that within twenty days from the date of this order plaintiff shall submit the $150.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: February 17, 2006.

                                                          UNITED STATES MAGISTRATE JUDGE

12;maci1038.fee

1