IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. MACIEL,

    Plaintiff,                   No. CIV S-03-1038 GEB PAN P

    vs.

EDWARD ALAMEIDA, et al.,

    Defendants.               FINDINGS & RECOMMENDATIONS

_____/

        By order filed February 17, 2006, the court gave plaintiff 20 days to pay the filing fee and warned plaintiff that failure to comply would result in a recommendation that this action be dismissed.

        Twenty days have since passed, and plaintiff has not paid the filing fee or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
2  F.2d 1153 (9th Cir. 1991).
3  DATED:   March 24, 2006.

        _____
        UNITED STATES MAGISTRATE JUDGE

8  /004;maci1038.ft fee