IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. MACIEL,

    Plaintiff,                    No. CIV S-03-1038 GEB PAN P

    vs.

EDWARD ALAMEIDA, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve objections to the March 24, 2006, findings and recommendations.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 24, 2006, application for an extension of time is granted; and

        2. Plaintiff has 30 days from the date of this order to file and serve objections to the March 24, 2006, findings and recommendations.

DATED: May 2, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp/004
maci1038.36