```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10   JAMES D. MACIEL,
11            Plaintiff,              No. CIV S-03-1038 GEB PAN P
12       vs.
13   EDWARD ALAMEIDA, et al.,
14            Defendants.             ORDER
15   _____/
```

On April 24, 2006, plaintiff requested an extension of time to file objections to the March 24, 2006, findings and recommendations. On April 28, 2006, plaintiff filed a second request for additional time to file objections to the March 24, 2006, findings and recommendations. On May 3, 2006, the court granted plaintiff's April 24, 2006, request.

Since the court already extended the time for objections, plaintiff's April 28, 2006, request will be denied.

/////
/////
/////
/////
/////

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff's April 28, 2006,
2  application for an extension of time is denied.
3  DATED: May 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp/004
maci1038.36(2)