IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. MACIEL,

    Plaintiff,　　　　　　　　　　No. CIV S-03-1038 GEB PAN P

    vs.

EDWARD ALAMEIDA, et al.,

    Defendants.　　　　　　　　　ORDER

_____/

    Plaintiff's application to proceed in forma pauperis was denied pursuant to 28 U.S.C. § 1915(g) by order filed February 22, 2005. On March 24, 2006, this court issued findings and recommendations recommending that plaintiff's action be dismissed based on plaintiff's failure to pay the filing fee or otherwise respond to this court's February 17, 2006 order. Plaintiff has now filed his third request for an extension of time to file objections to the March 24, 2006 findings and recommendations.[1] Plaintiff has failed to show good cause for another extension of time. Accordingly, plaintiff's request will be denied and plaintiff will be required to file objections within ten days. The findings and recommendations will be forwarded to the district court for review upon expiration of the ten day objection period.

---

[1] On April 24, 2006, plaintiff filed a request for extension of time to file objections. On May 3, 2006, plaintiff was granted an additional thirty days in which to file objections. Plaintiff's April 28, 2006 request for extension of time was denied because he had been granted an extension on May 3, 2006.

IT IS HEREBY ORDERED that:

1. Plaintiff's June 1, 2006 request for an extension of time is denied; and

2. Plaintiff shall file objections to the March 24, 2006 findings and recommendations within ten days.

DATED: June 8, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; maci1038.36(3)