IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. MACIEL,

      Plaintiff,                      No. CIV S-03-1038 GEB EFB P

      vs.

EDWARD ALAMEIDA, et al.,

      Defendants.             ORDER

_____/

      On March 24, 2006, Findings and Recommendations were filed recommending that this action be dismissed. On July 7, 2006, the assigned district judge adopted that recommendation and dismissed this action. Judgment was entered accordingly. Notwithstanding that judgment closing this case, plaintiff filed on July 21, 2006, a request for leave to file exhibits. On July 24, 2006, he filed objections to the Findings and Recommendations. The objections and proposed exhibits are untimely and a timely request for an extension of time was never sought. Neither has good cause been shown for submitting exhibits and objections after judgement has already been entered.

      Accordingly, plaintiff's implicit request for an extension of time, and his request to submit exhibits are denied.

////

1

1  The court notes that it will issue no response to future filings by plaintiff in this action
2 not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.
3  So ordered.
4 Dated: September 14, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\maci1038. case closed - no action